# NO. 12-09-00154-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| *IN RE: SCOTT BROWN,* | | |
| *RELATOR* | § | *ORIGINAL PROCEEDING* |
| | § | |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

Relator Scott Brown is confined in the Smith County Jail after being found in contempt for failure to pay child support, spousal maintenance, and contractual alimony. He seeks a writ of habeas corpus ordering his release and, in a motion for emergency relief, seeks release on bail pending disposition of his habeas petition. Based upon our review of Relator's petition, the response of Shanna Brown, real party in interest, and the record presented, we conclude that Relator has failed to show he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a), (d). Accordingly, Relator's motion for emergency relief and his petition for writ of habeas corpus are ***denied***. All other pending motions are denied as moot.

Opinion delivered May 29, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)